Danielle Hultenius Moore (SBN 232480)
    E-Mail:  dmoore@fisherphillips.com
Aaron F. Olsen (SBN 224947)
    E-Mail:  aolsen@fisherphillips.com
Christopher M. Champine (SBN 323385)
    E-Mail:  cchampine@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile:  (858) 597-9601

Attorneys for Defendant
International Paper Company

Joseph Lavi, Esq. (SBN 209776)
    E-Mail: jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
    E-Mail: vgranberry@lelawfirm.com
Cassandra A. Castro, Esq. (SBN 334238)
    E-Mail:  ccastro@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff
Amber Maldonado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MALDONADO, on behalf of herself and current and former aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No: 2:24-cv-00767-AC<br><br>*[Previously known as San Joaquin Superior Court Case No. STK-CV-UOE-2024-0000528]*<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS; [~~PROPOSED~~] ORDER**<br><br>State Complaint Filed:    1/16/2024<br>Trial Date:      None Set |

FP 50275273.1

1   **TO THE HONORABLE COURT, ALL PARTIES AND THEIR**
2   **ATTORNEYS OF RECORD:**

3   Defendant International Paper Company ("Defendant") and Plaintiff Amber
4   Maldonado ("Plaintiff") (collectively, the "Parties"), by and through their counsel
5   of record, submit this Joint Stipulation to Stay Proceedings as follows:

6   **WHEREAS**, on January 16, 2024, Plaintiff Amber Maldonado, on behalf of
7   herself and current and former aggrieved employees, filed a Complaint against
8   Defendant in the Superior Court of the State of California, County of San Joaquin,
9   entitled *AMBER MALDONADO, on behalf of herself and current and former*
10  *aggrieved employees v. INTERNATIONAL PAPER COMPANY; and DOES 1*
11  *through 100, Inclusive*, Case No. STK-CV-UOE-2024-0000528 (the "Action");

12  **WHEREAS**, the Action alleges a single cause of action for civil penalties
13  pursuant to the Private Attorneys General Act of 2004 (PAGA) against Defendant,
14  for claims including 1) failure to pay all hours worked at minimum wage; 2) failure
15  to pay wages for overtime hours worked at the overtime rate of pay; 3) failure to
16  authorize or permit meal periods; 4) failure to authorize or permit rest periods; 5)
17  failure to timely pay earned wages during employment; 6) failure to provide
18  complete and accurate wage statements; and 7) failure to timely pay all earned
19  wages and final paychecks due at time of separation of employment;

20  **WHEREAS**, Defendant timely removed the Action to this court on March
21  12, 2024, pursuant to the Labor Management Relations Act ("LMRA"), 29 U.S.C.
22  §§ 185, *et seq*., and the National Labor Relations Act ("NLRA"), 29 U.S.C. §§ 151-
23  169;

24  **WHEREAS**, Defendant and Plaintiff Rodolfo Gutierrez ("Gutierrez"), a
25  former employee of Defendant, entered into a settlement agreement of Gutierrez's
26  class action and PAGA claims against Defendant in the matters styled
27  (respectively) *Gutierrez v. International Paper Company*, Central District of
28  California ("Central District"), Case No. 2:22-cv-08460-JFW-RAO (the

JOINT STIPULATION TO STAY PROCEEDINGS; [PROPOSED ORDER]
FP 50275273.1

"*Gutierrez* Class Action") and *Gutierrez v. International Paper Company*, Central District, Case No.: 8:23-cv-00046-JFW-RAOx (the "*Gutierrez* PAGA Action");

**WHEREAS**, the Central District granted Gutierrez's Motion to Consolidate the *Gutierrez* Class Action and the *Gutierrez* PAGA Action [the consolidated action referred to herein as the "*Gutierrez* Action") , and on January 29, 2024, granted Gutierrez's Motion for Preliminary Settlement Approval of Class and Representative Action Settlement ("*Gutierrez* Settlement") in the *Gutierrez* Action;

**WHEREAS**, the *Gutierrez* Settlement encompasses "all claims under any applicable laws and/or regulations relating to any and all facts and claims asserted in the [*Gutierrez* Action] or any other claims that could have been reasonably asserted in the [*Gutierrez* Action] based on the facts alleged, including claims for unpaid reimbursements; wage statement violations; unpaid wages, including minimum wages, regular wages, overtime and double overtime wages; unfair business practices premised on alleged violations of the California Labor Code; penalties under the California Private Attorneys General Act ("PAGA"); as well as missed meal and rest breaks; meal and rest breaks premiums; alleged failure to timely pay all wages due upon separation of employment; failure to maintain and provide accurate records; and other violations of the Fair Labor Standards Act, the California Labor Code and relevant Wage Orders";

**WHEREAS**, the *Gutierrez* Settlement, if granted final approval, will resolve claims for the period of July 1, 2021 to August 11, 2023;

**WHEREAS,** Plaintiff's employment at IP ended on or about January 23, 2023, and Plaintiff is included in the *Gutierrez* Action;

**WHEREAS**, Defendant contends that the claims made in the *Gutierrez* Action, for which the *Gutierrez* Settlement will resolve pending final approval, encompass each of Plaintiff's claims and her PAGA cause of action alleged against Defendant in the Action;

1   **WHEREAS**, the *Gutierrez* class notices are being mailed to the settlement

2   class, which includes Plaintiff, and the court will hold a Fairness Hearing to

3   consider granting final approval of the *Gutierrez* Settlement on June 24, 2024;

4   **WHEREAS**, in light of the pending Fairness Hearing, the Parties wish to

5   avoid the time and expense of litigating claims which have already been litigated

6   and resolved, and in the interest of judicial economy and to preserve the Court's

7   resources, hereby request that this Court stay further activity in the Action until the

8   *Gutierrez* Settlement is granted final approval;

9   **WHEREAS**, the Parties will, upon Defendant's notice to Plaintiff of the

10  Central District's grant or denial of final approval of the *Gutierrez* Settlement, meet

11  and confer within thirty (30) calendar days of the Fairness Hearing to determine

12  whether to lift the stay enacted herein and proceed with litigation or jointly move

13  for dismissal of the Action.

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1   **THEREFORE**, in the interest of judicial economy, the Parties, by and

2   through their respective counsel of record, hereby stipulate and request that the

3   Court stay this Action in its entirety, pending final approval of the settlement in the

4   *Gutierrez* Action.

5   Dated:  April 10, 2024                    Respectfully submitted,

6                                               **FISHER & PHILLIPS LLP**

7

8                                               By: /s/ *Christopher M. Champine*
                                                    Danielle Hultenius Moore
9                                                   Aaron F. Olsen
                                                    Christopher M. Champine
10                                                  Attorneys for Defendant
                                                    International Paper Company
11

12   Dated:  April 10, 2024                    Respectfully submitted,

13                                              **LAVI & EBRAHIMIAN, LLP**

14

15                                             By: /s/ *Cassandra A. Castro*
                                                    Joseph Lavi, Esq.
16                                                  Vincent C. Granberry, Esq.
                                                    Cassandra A. Castro, Esq.
17                                                  Attorneys for Plaintiff
                                                    Amber Maldonado
18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO STAY PROCEEDINGS; [PROPOSED ORDER]
FP 50275273.1

1

## ATTESTATION REGARDING ELECTRONIC SIGNATURES

2

    I, Christopher M. Champine, attest that all other signatories to this document,

3

on whose behalf this filing is submitted, concur in the filing's content and have

4

authorized this filing. I declare under penalty of perjury, under the laws of the

5

United States of America and the State of California, that the foregoing is true and

6

correct.

7

                                 */s/ Christopher M. Champine*
                                   Christopher Champine

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No: 2:24-cv-00767-AC
JOINT STIPULATION TO STAY PROCEEDINGS; [PROPOSED ORDER]

FP 50275273.1

# [PROPOSED] ORDER

The Court, having considered the Parties' stipulated request to stay this Action pending the Fairness Hearing and final approval of the *Gutierrez* settlement, finds good cause exists to so order. Accordingly, the Court grants the request and issues the following Order:

1. The Action shall be stayed in its entirety pending settlement in the matter of *Gutierrez v. International Paper Company*, Central District of California, Case No. 2:22-cv-08460-JFW-RAOx.

2. Defendant shall give notice to Plaintiff of the Central District's grant or denial of final approval of the *Gutierrez* settlement within ten (10) calendar days of the Fairness Hearing.

3. The Parties shall meet and confer within thirty (30) calendar days of Defendant's notice to Plaintiff to determine whether to lift the stay and resume litigation or move to dismiss the Action.

4. The Parties shall file a Joint Stipulation with this Court within ten (10) calendar days of the Parties' meet and confer to give the Court notice of the Parties' intent to lift the stay and proceed with litigation or move to dismiss the Action.

5. The Court sets a status conference for August 28, 2024 at 10:00 a.m., at which time the Court will provide a new scheduling order.

**IT IS SO ORDERED.**

Dated: April 11, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION TO STAY PROCEEDINGS; [PROPOSED ORDER]

FP 50275273.1